IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:96-CR-00079-3-BO

| | | |
|---|---|---|
| MILTON LEWIS, | ) | |
| petitioner, | ) ) ) | |
| v. | ) ) | ORDER |
| UNITED STATES OF AMERICA | ) ) | |
| Respondent. | ) ) | |

This matter is before the Court on Petitioner's Motion to Reconsider. Motion is DENIED.

Discussion

On July, 2010, the Court entered an order denying Petitioner's Motion to Allow the National Passport Center to Renew Petitioner's United States Passport. The Defendant requests reconsideration as the Court did not read the Defendant's response to the Government's reply as the response was filed late.

The Petitioner is a naturalized citizen of the United States, and is currently on supervised release from prison. Allowing him a new passport would create an unnecessary flight risk. The Petitioner asserts he needs a new passport to obtain a Florida State Identification Card and a Florida Driver's License. However, Florida law permits an identification card and driver's license to be issued upon proof of identity based on a naturalization certificate. While the Petitioner argues that applying for a new naturalization certificate will take much longer than renewing his passport, the Court is unpersuaded and stands by its initial order.

SO ORDERED, this __20__ day of [~~Month~~] September 2010, [~~Year~~].

_____
TERRENCE W. BOYLE

UNITED STATES DISTRICT JUDGE